IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUILLIE L. HARVEY, JR., | |
| Plaintiff(s), | No. C 05-5398 CRB (PR) |
| v. | ORDER |
| G. JORDAN, et al., | (Doc # 31) |
| Defendant(s). | |

    Good cause appearing, defendant E. Caden's request for an extension of time to file a dispositive motion is GRANTED. Caden shall file a dispositive motion by no later than August 10, 2006.

SO ORDERED.

DATED: June 27, 2006

CHARLES R. BREYER
United States District Judge