IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUILLIE L. HARVEY, JR., ) | |
| ) | |
| Plaintiff(s), ) | No. C 05-5398 CRB (PR) |
| ) | |
| v. ) | ORDER |
| ) | |
| G. JORDAN, et al., ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

    Plaintiff's request for an extension of time to file an opposition to defendants' motion for summary judgment is GRANTED. Plaintiff shall file an opposition, or notice of non-opposition, by no later than December 17, 2010, and defendants shall file a reply to any opposition within 15 days thereafter.

    Prison officials shall provide plaintiff with reasonable access to his legal materials so that he may comply with the court's deadlines.

SO ORDERED.

DATED: Oct. 20, 2010

                                           CHARLES R. BREYER
                                           United States District Judge

G:\PRO-SE\CRB\CR.05\Harvey1.or11.wpd